# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAKOTA BATTLES,**
**ADC #2026123**                                                                    **PLAINTIFF**

**v.**                                      **No: 4:21-cv-742-DPM**

**RON BROWN, Chief Sheriff,**
**Crawford County Detention Center**                          **DEFENDANT**

## ORDER

**1.** The Court withdraws the reference.

**2.** Battles hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2021