# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAKOTA BATTLES,**
**ADC #2026123**                                                                                      **PLAINTIFF**

v.                              No: 4:21-cv-742-DPM

**RON BROWN, Chief Sheriff,**
**Crawford County Detention Center**                              **DEFENDANT**

## JUDGMENT

Battles's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

<u>29 September 2021</u>